IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00873-BNB

RONNIE LEE HOUSTON,

    Plaintiff,

v.

WARDEN WILEY,
ASSISTANT WARDEN FOX,
ASSISTANT WARDEN JONES.
ASSISTANT HEALTH ADMINISTRATOR RAUER,
UNIT MANAGER COLLINS,
CASE MANAGER SUDLOW, and
MEDICAL P.A. GLADBACH,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2009

GREGORY C. LANGHAM
    CLERK

## ORDER DISMISSING CASE

Plaintiff Ronnie Lee Houston, a federal prisoner, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado. Mr. Houston initiated this action by filing a Letter, in which he challenges the conditions of his confinement. On April 15, 2009, Magistrate Judge Boyd N. Boland entered an order finding that the Complaint is deficient and directing Mr. Houston to cure the deficiencies.

On April 16, 2009, Mr. Houston filed a Letter with the Court requesting that the action be dismissed. The Court must construe the Letter liberally because Mr. Houston is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . . ." No answer has been filed by Defendants in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) ($2^d$ ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.$2^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of April 16, 2009, the date the Notice was filed with the Court. *See **Hyde Constr. Co.***, 388 F.$2^d$ at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of April 16, 2009, the date Mr. Houston filed the Notice in this action.

DATED at Denver, Colorado, this 22 day of April, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00873-BNB

Ronnie Lee Houston
Reg No. 04012-063
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/23/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk